

# Fourth Court of Appeals
## San Antonio, Texas

May 9, 2022

No. 04-22-00224-CV

**CITY OF SAN ANTONIO,**
Appellant

v.

Aaron **TREVINO,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-24578
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

The clerk's record was due on April 25, 2022. On April 26, 2022, the trial court clerk filed a Notification of Late Record stating appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee. On April 27, 2022, this court ordered appellant to provide written proof to this court that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee.

On May 3, 2022, the trial court clerk filed the clerk's record. On May 9, 2022, appellant filed a response to our April 27th order. Because the appellate record is now complete, appellant's brief is due **no later than May 23, 2022**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of May, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court